JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>LE BOOK PUBLISHING, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  CV 13-9349-GW(Ex)<br><br>**ORDER ENTERING CONSENT ORDER AND DISMISSAL WITH PREJUDICE** |

15193.1

**[PROPOSED] ORDER ENTERING CONSENT ORDER AND DISMISSAL WITH PREJUDICE**

## CONSENT ORDER AND DISMISSAL WITH PREJUDICE

By stipulation of the parties and good cause having been shown, the Court hereby enters the following Consent Order and dismisses the above action with prejudice.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1) This Consent Order, for purposes of enforcement by a Court of competent jurisdiction, may be filed by Playboy in the event of an uncured breach of the parties' settlement agreement dated July 28, 2014.

2) From and after the entry of this Consent Order, Le Book, its respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from making any further use of the photographs at issue in this case (the "Photos"), which have been registered by Playboy with the U.S. Copyright Office as numbers VA 1-908-480 and VA 1-900-615, including but not limited to reproducing, publicly displaying, distributing, publicly performing and/or preparing derivatives of the Photos, without specific authorization from Playboy.

3) Le Book, its respective agents, servants, shareholders, officers, directors and employees and those persons or companies in active concert or participation with them are hereby permanently enjoined from making any further use of any other copyrighted material owned by or licensed to Playboy, including but not limited to reproducing, publicly displaying, distributing, publicly performing and/or preparing derivatives of those works of authorship, without specific authorization from Playboy.

Dated: August 11, 2014

_____
GEORGE H. WU,
United States District Judge

15193.1

[PROPOSED] ORDER ENTERING CONSENT ORDER AND DISMISSAL WITH PREJUDICE